# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Coogler, Lawrence S. | **2. Court or Organization**<br><br>Northern District of Alabama | **3. Date of Report**<br><br>08/09/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Tuscaloosa Federal Building
2005 University Blvd.
Tuscaloosa, AL 35401

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 08/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Alabama - School of Law, Salary for teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Mitzi H. Coogler, CPA, Income from accounting practice. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 08/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BBVA Compass Bank | Real Estate Mortgage (Greystone) | M |
| 2. Renasant Mortgage | Real Estate Mortgage (H. Drive) | M |
| 3. Wells Fargo Home Mortgage | Real Estate Mortgage (Anchorage) | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental Property No. 2, Tuscaloosa, AL (_____) HH | D | Rent | M | W | | | | | |
| 2. Rental Property No. 3, Tuscaloosa, AL (_____) Cap | D | Rent | M | W | | | | | |
| 3. Coogler & Copeland, Jnt. Vnt. (33 ave Tuscaloosa,AL) 50% Int | D | Rent | L | W | | | | | |
| 4. Checking Account #1 Synovus | | None | J | T | | | | | |
| 5. Checking Account #2 Synovus | | None | J | T | | | | | |
| 6. Savings Account - BBVA ▮▮▮▮ | A | Interest | J | T | | | | | |
| 7. Money Market Account #1 - Synovus | A | Interest | J | T | | | | | |
| 8. TD Waterhouse Bank Money Market Account (____) | A | Interest | J | T | | | | | |
| 9. Checking Acct- Life Insurance Trust Synovus | | None | J | T | | | | | |
| 10. Real Estate Rental, Sherwood East, Ltd. 1/12 (Tuscaloosa, AL) | A | Rent | K | U | | | | | |
| 11. Prepaid College Tuition Plan, State of Alabama▮▮ | | None | J | W | | | | | |
| 12. Prepaid College Tuition Plan, State of Alabama▮▮ | D | Distribution | | | Expired | 05/01/20 | J | | |
| 13. Money Market Account #5, Synovus ▮▮▮ | A | Interest | K | T | | | | | |
| 14. Retirement Systems - State of Alabama | D | Interest | L | T | | | | | |
| 15. Rental Property No. 4 -Tuscaloosa, AL ▮▮▮ | D | Rent | M | W | | | | | |
| 16. Checking Account BBVA▮▮▮ | | None | J | T | | | | | |
| 17. Rental Property No. 5 (C. Creek) - Tuscaloosa, AL | D | Rent | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coogler, Lawrence S.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Property No.6 (Greystone) Northport, AL | D | Rent | M | W | | | | | |
| 19. Business Checking Account - SmartBank ▉ | | None | L | T | | | | | |
| 20. Business Savings Account-SmartBank ▉ | A | Interest | L | T | | | | | |
| 21. Rental Property No. 7 (Greystone #2) Northport, AL | D | Rent | M | W | | | | | |
| 22. Rental Property No 8 ( H. Drive No. 2) Tuscaloosa, AL | D | Rent | M | W | | | | | |
| 23. Rental Property No 9 (Vestavia No. 3) Northport, AL | C | Rent | M | W | | | | | |
| 24. Stifel Money Market ▉ | A | Interest | K | T | | | | | |
| 25. Stifel Money Market ▉ | A | Interest | J | T | | | | | |
| 26. Ishares Core Growth Allocation ETF ▉ | A | Dividend | J | T | | | | | |
| 27. Checking Account - BBVA (▉ Rental) | | None | J | T | | | | | |
| 28. Pioneer Bond Fund C ▉ | A | Dividend | | | Buy | 01/16/20 | J | | |
| 29. Pioneer Bond Fund C ▉ | | | | | Buy (add'l) | 08/31/20 | J | | |
| 30. Pioneer Bond Fund C ▉ | | | | | Sold | 09/15/20 | K | C | |
| 31. Pioneer Balanced ESG Fund C ▉ | A | Dividend | | | Buy | 01/16/20 | J | | |
| 32. Pioneer Balanced ESG Fund C ▉ | | | | | Buy (add'l) | 06/18/20 | J | | |
| 33. Pioneer Balanced ESG Fund C ▉ | | | | | Sold | 09/15/20 | L | D | |
| 34. Pioneer Equity Income Fund C ▉ | A | Dividend | | | Buy | 01/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Pioneer Equity Income Fund C█████ | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 36. Pioneer Equity Income Fund C█████ | | | | | Sold | 09/15/20 | K | A | |
| 37. Pioneer Fundamental Growth Fund C█████ | A | Dividend | | | Buy | 01/16/20 | J | | |
| 38. Pioneer Fundatmental Growth Fund C█████ | | | | | Sold | 09/15/20 | L | D | |
| 39. Pioneer Real Estate Shares C█████ | A | Dividend | | | Buy | 01/16/20 | J | | |
| 40. Pioneer Real Estate Shares C█████ | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 41. Pioneer Real Estate Shares C█████ | | | | | Sold | 09/15/20 | K | A | |
| 42. Pioneer Strategic Income Fund C█████ | A | Dividend | | | Buy | 01/16/20 | J | | |
| 43. Pioneer Strategic Income Fund C█████ | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 44. Pioneer Strategic Income Fund C█████ | | | | | Sold | 09/15/20 | K | B | |
| 45. Pioneer US Govt MMkt A | A | Dividend | N | T | Buy | 09/15/20 | M | | |
| 46. Pioneer US Govt MMkt A | | | | | Buy<br>(add'l) | 10/15/20 | K | | |
| 47. Pioneer US Govt MMkt A | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 48. STIFEL BANK PROGRAM FDC INS BK DEP PG█████ | A | Interest | J | T | | | | | |
| 49. FIRST TRUST TCW OPPORTUNISTIC FIXED INCOME ETF█████ | A | Dividend | | | Sold | 09/11/20 | L | C | |
| 50. IS HARES IBOXX $INVESTMENT GRADE CORP BOND ETF█████ | A | Dividend | | | Sold | 09/11/20 | J | B | |
| 51. ISHARES MBS ETF█████ | A | Dividend | | | Sold | 09/11/20 | K | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. VANGUARD INTERMEDIATE TERM BOND ETF▮ | A | Dividend | | | Sold | 09/11/20 | K | C | |
| 53. SECTOR HEALTHCARE SELECT SECTOR SPDR ETF▮ | A | Dividend | | | Sold | 09/11/20 | K | D | |
| 54. SECTOR CONSUMER STAPLES SELECT SECTOR SPDR ETF▮ | A | Dividend | | | Sold | 09/11/20 | K | D | |
| 55. CONSUMER DISCRETIONARY SELECT SECTOR SPDR ETF▮ | A | Dividend | | | Sold | 09/11/20 | L | E | |
| 56. SECTOR INDUSTRIAL SELECT SECTOR SPDR ETF▮ | A | Dividend | | | Sold | 09/11/20 | L | E | |
| 57. SELECT UTILITIES SELECT SECTOR SPDR ETF▮ | A | Dividend | | | Sold | 09/11/20 | K | C | |
| 58. VANGUARD VALUE ETF▮ | B | Dividend | | | Sold | 09/11/20 | L | D | |
| 59. VANGUARD GROWTH ETF▮ | A | Dividend | | | Sold | 09/11/20 | L | E | |
| 60. VANGUARD FINANCIALS ETF▮ | A | Dividend | | | Sold (part) | 04/06/20 | J | A | |
| 61. VANGUARD FINANCIALS ETF▮ | | | | | Sold | 09/11/20 | K | D | |
| 62. VANGUARD INFORMATION TECHNOLOGY ETF | A | Dividend | | | Sold | 09/11/20 | L | F | |
| 63. VANGUARD COMMUNICATION SERVICES ETF▮ | A | Dividend | | | Sold | 09/11/20 | J | B | |
| 64. VICTORY SHARES US LARGE CAP HIGH DIV VOLATILITY▮ | A | Dividend | | | Sold | 09/11/20 | J | A | |
| 65. VICTORY SHARES US 500 ENHANCED▮ | A | Dividend | | | Sold | 09/11/20 | K | D | |
| 66. FIRST TRUST EXCHANGE TRADED FUND VI RISING DIV ACHIEVERS ETF▮ | A | Dividend | | | Buy | 02/12/20 | J | | |
| 67. FIRST TRUST EXCHANGE TRADED FUND VI RISING DIV ACHIEVERS ETF▮ | | | | | Sold | 09/11/20 | K | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. VANGUARD TREASURY MMKT INVESTOR CL ▮ | A | Dividend | L | T | Buy | 09/16/20 | L | | |
| 69. VANGUARD INTERMEDIATE TERM CORP BOND ETF▮ | A | Dividend | | | Sold | 09/11/20 | J | A | |
| 70. VANGUARD FTSE DEVEL MKTS ETF ▮ | A | Dividend | | | Sold | 09/11/20 | J | A | |
| 71. VANGUARD GROWTH ETF▮ | A | Dividend | | | Sold (part) | 04/06/20 | J | A | |
| 72. VANGUARD GROWTH ETF▮ | | | | | Sold | 09/11/20 | K | D | |
| 73. VANGUARD VALUE ETF▮ | A | Dividend | | | Buy | 02/12/20 | J | | |
| 74. VANGUARD VALUE ETF▮ | A | Dividend | | | Sold | 09/11/20 | K | C | |
| 75. VANGUARD SMALL CAP ETF▮ | A | Dividend | | | Sold | 09/11/20 | J | B | |
| 76. VANGUARD MID CAP ETF▮ | A | Dividend | | | Sold | 09/11/20 | J | A | |
| 77. STIFEL BANK PROGRAM FDIC INS BK DEP PG ▮ | A | Interest | J | T | | | | | |
| 78. VANGUARD INTERMEDIATE TERM BOND ETF▮ | A | Dividend | | | Sold | 09/11/20 | J | A | |
| 79. FIRST TRUST TCW OPPORTUNISTIC FIXED INCOME ETF ▮ | A | Dividend | | | Sold | 09/11/20 | J | A | |
| 80. Rental Property #10 (Anchorage) Northport, AL | D | Rent | M | W | | | | | |
| 81. Bryant Bank Checking Acct (Rental) | A | Interest | L | T | | | | | |
| 82. Bryant Bank Checking Acct (Regular) | | None | J | T | | | | | |
| 83. 3734 Loop Road, Tuscaloosa, AL-2/3 interest | | None | M | W | | | | | |
| 84. BBVA Money Market ▮ | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Coogler, Lawrence S.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. BBVA Secured Savings ▮▮▮ | A | Interest | J | T | Open | 06/08/20 | J | | |
| 86. Midwest Energy Emmissions Stock ▮▮▮ | | None | J | T | Buy | 08/06/20 | J | | |
| 87. Stifel Smart Rate Stifel Bank ▮▮▮ | A | Interest | N | T | Buy | 09/16/20 | N | | |
| 88. Stifel Smart Rate Stifel Bank ▮▮▮ | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 89. Stifel Smart Rate Stifel Bank & Trust ▮▮▮ | A | Interest | N | T | Buy | 09/16/20 | N | | |
| 90. Stifel Smart Rate Stifel Bank & Trust ▮▮▮ | | | | | Buy<br>(add'l) | 12/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 08/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note:

The prepaid tuition plans are state plans that I have no control over. They are valued at their cost.

The incomes listed for the LLC's and the Ltd are K-1 incomes. The values for these assets are stated at my ownership percentage.

The retirement account listed on line 14 in Part VII constitutes the funds that are available to me due to my payments into my State of Alabama Retirement. When I resigned from the State of Alabama, those funds became availale to me. I have chosen to leave those funds with the State of Alabama Retirement Systems to draw interest on those funds. Before I resigned, the retirement account was an obligation of the State of Alabama Retirement Systems to pay a percentage of my salary once I reached retirement age.

The amounts listed in Part V as gifts are estimated becuase the person providing them is a friend who would not disclose the value of such gifts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence S. Coogler**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544